# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas
Fayetteville Division

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

AUG 2 6 2022

JAMIE GIANI, Clerk
By _____ Deputy Clerk

In the Matter of the Search of  )
)
**INFORMATION ASSOCIATED WITH** )
**DROPBOX, INC. ACCOUNT** )
**Screen/Username: Kevin Solorzano,** )
**User ID 350300412** )
**STORED AT PREMISES CONTROLLED** )
**BY GOOGLE, INC.** )

Case No. 5:22-CM-40-CDC

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe property to be searched and give its location)*: **SEE ATTACHMENT "A". This court has authority to issue this warrant under 18 U.S.C. §§ 2703(c)(1)(A) and 2711(3)(A) and Federal Rule of Criminal Procedure 41.**

located in the Western District of Arkansas, there is now concealed *(identify the person or describe the property to be seized)*: **SEE ATTACHMENT "B".**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☒ evidence of a crime;

☒ contraband, fruits of crime, or other items illegally possessed;

☒ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of Child Pornography |

The application is based on these facts: **See Affidavit of HSI Special Agent Gerald Faulkner**

☒ Continued on the attached sheet.

☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*
Gerald Faulkner, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 26, 2022 @ 9:05am

*Judge's signature*
Christy Comstock, United States Magistrate Judge
*Printed name and title*

City and state: Fayetteville, Arkansas

## Affidavit in Support of Application for Search Warrant

I, Gerald F. Faulkner, being duly sworn, depose and state as follows:

1. I am a Special Agent with the Department of Homeland Security, Homeland Security Investigations ("HSI"), currently assigned to the Assistant Special Agent in Charge Office in Fayetteville, Arkansas. I have been so employed with HSI since April, 2009. As part of my daily duties as an HSI agent, I investigate criminal violations relating to child exploitation and child pornography including violations pertaining to the illegal production, distribution, online enticement, transportation, receipt and possession of child pornography, in violation of 18 U.S.C. §§ 2251, 2251A, 2422(b), 2252(a) and 2252A. I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. I have also participated in the execution of numerous search warrants and arrest warrants, a number of which involved child exploitation and/or child pornography offenses. This affidavit is being submitted based on information from my own investigative efforts as well as information obtained from others who have investigated this matter and/or have personal knowledge of the facts herein.

2. This Affidavit is being submitted in support of an application for a search warrant for information associated with Dropbox, Inc. **Screen/Username: Kevin Solorzano** with Electronic Service Provider (ESP) **User ID 350300412**, a certain account that is stored at premises controlled by Dropbox, Inc. headquartered at 1800 Owens St., Ste. 200 San Francisco, CA 94158. The information to be searched is described in the following paragraphs and in Attachment A. This Affidavit is made in support of an application for a search warrant under 18 U.S.C. §§

2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Dropbox, Inc. to disclose to the Government copies of the information (including the content of communications) further described in Attachment B. Upon receipt of the information described in Attachment B, Government-authorized persons will review that information to locate the items described in Attachment B.

3. Based on my training and experience and the facts as set forth in this Affidavit, there is probable cause to believe that evidence constituting violations of Title 18, United States Code, Section 2252A(a)(5)(B), Possession of Child Pornography, are currently present on the item described as Attachment A. There is also probable cause to search the information described in Attachment A for evidence, instrumentalities, contraband/fruits of these crimes further described in Attachment B.

## Statutory Authority

4. This investigation concerns alleged violations of Title 18, United States Code, Section 2252A(a)(5)(B), Possession of Child Pornography relating to material involving the sexual exploitation of minors, which has been defined in Title 18 United States Code, Section 2256, as an individual under 18 years of age.

   a) Title 18, United States Code, Section 2252A(a)(5)(B) prohibits a person from knowingly possessing or knowingly accessing with intent to view, any book, magazine, periodical, film, video-tape, computer disk, or any other material that contains an image of child pornography that has been mailed, or shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, or that was produced using materials that have been mailed, or shipped or transported

in or affecting interstate or foreign commerce by any means, including by computer.

b) Title 18, United States Code, Section 1470 prohibits a person from knowingly using a facility or means of interstate commerce to transfer obscene material to a minor who has not attained the age of 16 or attempt to do such.

c) The term "minor," as defined in Title 18, United States Code, Section 2256(1), refers to any person under the age of eighteen years.

d) The term "sexually explicit conduct," Title 18, United States Code, Sections 2256(2)(A)(i-v), is defined as actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic areas of any person.

e) The term "visual depiction," as defined in Title 18, United States Code, Section 2256(5), includes undeveloped film and videotape, data stored on computer disc or other electronic means which is capable of conversion into a visual image, and data which is capable of conversion into a visual image that has been transmitted by any means, whether or not stored in a permanent format.

f) The term "computer," as defined in Title 18 United States Code, Section 1030(e)(1), means an electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical, arithmetic, or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device.

g) The term "child pornography," as defined in Title 18, United States Code, Section 2256(8), means any visual depiction, including any photograph, film, video, picture, or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where (a) the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct; (b) such visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaging in sexually explicit conduct; or (c) such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaging in sexually explicit conduct.

## Background Regarding Computers and the Internet

5. Your Affiant has become familiar with the Internet, which is a global network of computers and other electronic devices that communicate with each other using various means, including standard telephone lines, high-speed telecommunications links (e.g., copper and fiber optic cable), and wireless transmissions including satellite. Due to the structure of the Internet, connections between computers on the Internet routinely cross state and international borders, even when the computers communicating with each other are in the same state.

6. Individuals and entities use the Internet to gain access to a wide variety of information; to send information to, and receive information from, other individuals; to conduct commercial transactions; and to communicate via electronic mail ("e-mail") or Instant Messaging services (IM). An individual who wants to use the Internet must first obtain an account with a computer or cellular telephone that is linked to the Internet – for example, through a commercial service – which is called an "Internet Service Provider" or "ISP". Once the individual has accessed

the Internet, whether from a residence, a university, a place of business or via their cellular service provider, that individual can use Internet services, including sending and receiving e-mail and IM.

7. The Internet is a worldwide computer network that connects computers and facilitates the communication and the transfer of data and information across state and international boundaries. A user accesses the Internet from a computer network or Internet Service Provider ("ISP") that connects to the Internet. The ISP assigns each user an Internet Protocol ("IP") Address. Each IP address is unique. Every computer or device on the Internet is referenced by a unique IP address the same way every telephone has a unique telephone number. An IP address is a series of four numbers separated by a period, and each number is a whole number between 0 and 255. An example of an IP address is 12.345.678.901. Each time an individual accesses the Internet, the computer from which that individual initiates access is assigned an IP address. The ISP logs the date, time and duration of the Internet session for each IP address and can identify the user of that IP address for such a session from these records, depending on the ISP's record retention policies.

8. Based on my knowledge, experience, and training in child exploitation and child pornography investigations, and the training and experience of other law enforcement officers with whom I have had discussions, I know that there are certain characteristics common to individuals involved in sexually exploiting children online and receiving, distributing or collecting child pornography.

9. Those who sexually exploit children online and exchange or collect child pornography may receive sexual gratification, stimulation, and satisfaction from contact with children; from fantasies they may have viewing children engaged in sexual activity or in sexually

suggestive poses, such as in person, in photographs, or other visual media; or from literature and communications about such activity.

10. Those who sexually exploit children online and trade or collect child pornography may collect sexually explicit or suggestive materials, in a variety of mediums, including photographs, magazines, motion pictures, video tapes, books, slides or drawings, or other visual media, including digital files. Child pornography collectors oftentimes use these materials for their own sexual arousal and gratification. Further, they may use these materials to lower the inhibitions of children they are attempting to seduce, to arouse the selected child partner, or to demonstrate the desired sexual acts.

11. In some recent cases, however, some people who have a sexual interest in children have been found to download, view, then delete child pornography on a cyclical and repetitive basis, and to regularly delete any communications about the sexual abuse of children rather than storing such evidence on their computers or digital devices. Traces of such activity can often be found on such people's computers or digital devices, for months or even years after any downloaded files have been deleted.

12. Those who sexually exploit children online and trade or collect child pornography also may correspond with and/or meet others to share information and materials; rarely destroy correspondence from other child pornography distributors/collectors; conceal such correspondence as they do their sexually explicit material; and often maintain lists of names, addresses, and telephone numbers of individuals with whom they have been in contact and who share the same interests in child pornography.

13. When images and videos of child pornography or communications about sexual abuse of children are stored on computers or computer servers, forensic evidence of the

downloading, saving, and storage of such evidence may remain on the computers or digital media for months or even years even after such images and videos have been deleted from the computers or digital media.

### Background Regarding Dropbox, Inc.

14. Based on your Affiant's training and experience, the following in known about the online cloud storage website/application Dropbox, Inc.:

   a. Dropbox, Inc. provides a variety of on-line services, including online storage access, to the general public. Dropbox, Inc. allows subscribers to obtain accounts at the domain name www.dropbox.com. Subscribers obtain a Dropbox, Inc. account by registering with an email address. During the registration process, Dropbox, Inc. asks subscribers to provide basic personal identifying information. This information can include the subscriber's full name, physical address, telephone numbers and other identifiers, alternative e-mail addresses, and, for paying subscribers, means and source of payment (including any credit or bank account number).

   b. When the subscriber transfers a file to a Dropbox, Inc. account, it is initiated at the user's computer, transferred via the Internet to Dropbox, Inc.'s servers, and then can automatically be synchronized and transmitted to other computers or electronic devices that have been registered with that Dropbox, Inc. account. This includes online storage in Dropbox, Inc.'s servers. If the subscriber does not delete the content, the files can remain on Dropbox, Inc. servers indefinitely. Even if the subscriber deletes their account, it may continue to be available on Dropbox, Inc.'s servers for a certain period of time.

    c. Online storage providers typically retain certain transactional information about the creation and use of each account on their systems. This information can include the date on which the account was created, the length of service, records of log-in (i.e., session) times and durations, the types of service utilized, the status of the account (including whether the account is inactive or closed), the methods used to connect to the account, and other log files that reflect usage of the account. In addition, online storage providers often have records of the Internet Protocol address ("IP address") used to register the account and the IP addresses associated with particular logins to the account. Because every device that connects to the Internet must use an IP address, IP address information can help to identify which computers or other devices were used to access the account.

    d. In some cases, Dropbox, Inc. account users will communicate directly with Dropbox, Inc., about issues relating to the account, such as technical problems, billing inquiries, or complaints from other users. Online storage providers typically retain records about such communications, including records of contacts between the user and the provider's support services, as well records of any actions taken by the provider or user as a result of the communications.

### Summary of the Investigation to Date

15. In April 2022, your Affiant received four related Cyber Tipline Reports from the National Center for Missing and Exploited Children (NCMEC) pertaining to flagged online incidents that were believed to involve the possession, manufacture, and/or distribution of child pornography. The flagged material was all associated with the believed same online user or screen

name and submitted by Google, Inc. and Dropbox, Inc. with incident date ranges from approximately February 28, 2022, through March 2, 2022. Because some of the images associated with the Cyber Tipline Reports had not been viewed by the Electronic Service Provider (ESP), Affiant obtained a search warrant to open and view said images on July 13, 2022, 5:22-CM-27. The Cyber Tipline Report associated with Dropbox, Inc. are listed below.

16. Dropbox, Inc. provided the Cyber Tipline Report number 118826542 with the following information regarding the user being reported:

**Incident Type**: Child Pornography (possession, manufacture, and distribution)
**Incident Time**: February 28, 2022 @ 13:27:35 UTC
**Email Address**: johnwall22225@gmail.com (Verified)
**Name**: Kevin Solorzano
**ESP User ID: 350300412**
**Number of Uploaded Files**: 5

17. Your Affiant viewed the five (5) files linked to the Cyber Tipline Report and determined four (4) of them were image/video files with the majority in fact containing child pornography. On or about August 10, 2022, your Affiant viewed and described the files as follows:

(a) **File Name: 8yo blonde throat fucked by her daddy.mp4**

This video is approximately 5:53 in length and depicts a believed approximate seven (7) to nine (9) year old minor female, clothed, and performing oral sex on an adult male's penis.

(b) **File Name: Photos-teen-nudists-new-image-gallery.jpg**

This image depicts four completely naked minor females, ranging in believed approximate ages ten (10) to sixteen (16), completely naked with their breasts and vaginal areas exposed to the camera.

(c) **File Name: 20160101_052926_mpeg4.mkv**

This video is approximately 0:28 in length and depicts a believed approximate four (4) to six (6) year old minor female, completely naked, and performing oral sex on an adult male's penis.

(d) **File Name: 6882e98e-6cfa-4642-a560-acb2a520fe0f.mp4**

This video is approximately 0:45 in length and depicts a believed approximate twelve (12) to fourteen (14) year old minor female who undresses herself exposing her breasts and vagina to the camera.

18.     In July 2022, your Affiant received subpoenaed records from Google, Inc. in reference to the email addresses recorded through the Dropbox and Google Cyber Tipline Reports. The documents had the following subscriber information regarding the profile user for the flagged accounts:

**Email: johnwall22225@gmail.com (Dropbox, Inc. Cyber Tipline Report)**

Name: John Wall
Created Date: 07/24/13
Last Updated Date: 04/28/22
Recovery Email: kevinsolorzano3535@gmail.com
Recovery SMS: **479-340-3184**

**Email: gutzy.beats@gmail.com (Google, Inc. Cyber Tipline Report)**

Name: Kevin Solorzano
Created Date: 03/30/19
End of Service Date: 02/28/22
Recovery Email: **ksolorzano2001@gmail.com**
Recovery SMS: **479-340-3184**
Google Pay: Kevin Solorzano
Billing Address: 210 East Main Street 2 in Green Forest, Arkansas 72638
Billing Instrument Added: 12/15/21
Billing Expiration Date: 09/2026

**Email: ksolorzano2001@gmail.com (Google, Inc. Cyber Tipline Report)**

Name: Kevin Solorzano
Created Date: 04/04/13
Last Updated Date: 07/06/22
Recovery Email: gutzy.beats@gmail.com
Recovery SMS: 501-773-0729
Google Pay: Kev Datrombonist
Billing Address: Green Forest, Arkansas 72638
Billing Instrument Added: 03/18/2020
Billing Expiration Date: 04/2022
Billing Deleted Date: 04/26/2022

19.     Your Affiant conducted Department of Homeland Security (DHS) and open-source database queries on the believed user of the flagged online accounts which revealed Kevin Solorzano is believed to be Kevin Misael SOLORZANO-GONZALEZ with a date of birth of XX/XX/2001 and assigned a Social Security Administration number ending in the last four digits XX-XXX-1390. Online records show SOLORZANO-GONZALEZ has been identified as utilizing the email address of ksolorzano2001@gmail.com in the past with a linked address in Green Forest, Arkansas. SOLORZANO-GONZALEZ is also issued an Arkansas driver's license bearing the number XXXXX2849 which was issued on 03/28/2022 and expires on 07/28/2022. The address associated with the Arkansas driver's license is listed as being 210 East Main Street, Apartment 2 in Green Forest, Arkansas. This is the same billing address listed on file for SOLORZANO-GONZALEZ's email accounts of ksolorzano2001@gmail.com and gutzy.beats@gmail.com linked to Cyber Tipline report numbers 118826615, 118845253, and 118889652.

## Execution of the Search Warrant

20.     Because the Dropbox, Inc. servers containing the information and evidence are located outside of the Western District of Arkansas, your Affiant will not physically execute this search warrant at Dropbox, Inc. in San Francisco, California. Instead, a copy of the search warrant will be sent via email to the Dropbox, Inc. Security/Legal Compliance Department located in San Francisco, California.

21.     Upon receiving the copy of the search warrant the Dropbox, Inc. Security/Legal Compliance Department will ensure that the requested records are recovered from their servers in a manner consistent with the preservation and handling of evidentiary material. The execution of the search warrant in this manner will ensure that Dropbox, Inc. business operation is uninterrupted

by the otherwise physical execution of a search warrant by law enforcement and provides the least intrusion manner for all parties involved.

### Information To Be Searched And Things To Be Seized

22.     Your Affiant anticipates executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Dropbox, Inc. to disclose to the government copies of the records and other information (including the content of communications) particularly described in Attachment A and Attachment B. Upon receipt of the information described in Section Attachment B, Government-authorized persons will review that information to locate the items described in Attachment B.

### Conclusion

23.     Based on the foregoing information, probable cause exists to believe there is located on the computer servers of Dropbox, Inc. headquartered at 1800 Owens St., Ste. 200 San Francisco, CA 94158 evidence of violations of Title 18, United States Code, Section 2252A(a)(5)(B). Your Affiant prays upon this honorable court to issue a search warrant to Dropbox, Inc., for the items set forth in attachment "B" (which is attached hereto and incorporated herein by reference), that constitute evidence, fruits, and instrumentalities of violation of Title 18, United States Code, Section 2252A(a)(5)(B),.

_____
Gerald Faulkner, Special Agent
Homeland Security Investigations

Affidavit subscribed and sworn to before me this ___26___ day of __August__ 2022

_____
Honorable Christy Comstock
United States Magistrate Judge